UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------------------x

PILOT ENTERPRISES INC.

                  Plaintiff,

-v-

BRODOSPLIT INC.,
BRODOSPLIT PLOVIDBA d.o.o.,
BRODOSPLIT SHIPPING LTD.,
BRODOGRADJEVNA INDUSTRIJA SPLIT d.d.,
BRODOSPLIT BRODOGRADILISTE d.o.o.,
and BRODOSPLIT SHIPYARD, LTD.,

                  Defendants.
-------------------------------------------------------------x

**STATEMENT PURSUANT TO F.R.C.P 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, PILOT ENTERPRISES INC., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       October 2, 2007

                                      CHALOS, O'CONNOR & DUFFY, L.L.P.
                                      Attorneys for Plaintiff
                                      PILOT ENTERPRISES INC.

              By:            _____
                                 George M. Chalos (GC-8693)
                                 366 Main Street
                                 Port Washington, New York 11050
                                 Tel: (516) 767-3600
                                 Fax: (516) 767-3605
                                 Email: gmc@codus-law.com