UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

PILOT ENTERPRISES INC.

                  Plaintiff,          07 CV

-v-

                               **ORDER APPOINTING A**
                               **SPECIAL PROCESS SERVER**

BRODOSPLIT INC.,
BRODOSPLIT PLOVIDBA d.o.o.,
BRODOSPLIT SHIPPING LTD.,
BRODOGRADJEVNA INDUSTRIJA SPLIT d.d.,
BRODOSPLIT BRODOGRADILISTE d.o.o.,
and BRODOSPLIT SHIPYARD, LTD.

                  Defendants.

-------------------------------------------------------------x

      An application having been made by Plaintiffs for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

      NOW, on reading and filing the declaration of George M. Chalos, Esq., sworn to the 2nd day of October, 2007, and good cause having been shown, it is hereby

      **ORDERED**, that any associate, agent or paralegal of CHALOS, O'CONNOR & DUFFY, L.L.P., who is over the age of 18 and is not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the plaintiff, may hold assets for or on account of the defendants; and,

      **IT IS FURTHER ORDERED**, that in order to avoid the need to repetitively serve the garnishee(s)/banking institutions continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: New York, New York
      October 20, 2007

SO ORDERED:

_____
U.S.D.J.