CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| PILOT ENTERPRISES INC | : | |
| Plaintiff, | : | **07-CV-8520** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| BRODOSPLIT INC., BRODOSPLIT PLOVIDBA | : | |
| d.o.o., BRODOSPLIT SHIPPING LTD., | : | |
| BRODOGRADJEVNA INDUSTRIJA SPLIT d.d., | : | |
| BRODOSPLIT BRODOGRADILISTE d.o.o., and | : | |
| BRODOSPLIT SHIPYARD, LTD., | : | |
| | : | |
| Defendants. | : | |

--------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       November 1, 2007

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

                   By:  _____
                        Richard J. Reisert (RR-7118)
                        7800 River Road
                        North Bergen, NJ  07047
                        Tel: (201) 537-1200
                        Fax: (201) 537-1201
                        Email:  reisert@navlaw.com