```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
PILOT ENTERPRISES INC.,                      07 CIV  8520 (HB)

                Plaintiff,                   Rule 7.1 Statement

        -against-

BRODOSPLIT INC., BRODOSPLIT
PLOVIDBA d.o.o., BRODOSPLIT
SHIPPING LTD., BRODOGRADJEVNA
INDUSTRIJA SPLIT d.d., BRODOSPLIT
BRODOGRADILISTE d.o.o., and
BRODOSPLIT SHIPYARD, LTD.,

                Defendants.
-----------------------------------X
```

Attorney of record, GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant BRODOSPLIT BRODOGRADILISTE d.o.o. certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of BRODOSPLIT BRODOGRADILISTE d.o.o.

Dated:  New York, N.Y.
        March 14, 2008

                                        _____
                                          GARTH S. WOLFSON (GW 7700)